UNITED STATES DISTRICT COURT
SOUTHERN ISTRICT OF FLORIDA

| | | |
|---|---|---|
| KAWA ORTHODONTICS LLP, a Florida limited liability partnership, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 2:20-cv-80985 |
| v. | ) ) ) | |
| MEDXCOM LLC, a Delaware limited liability company, and GIFFEN SOLUTIONS, INC., a Delaware corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, KAWA ORTHODONTICS LLP, through its undersigned attorneys, hereby voluntarily dismisses this action with prejudice, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

KAWA ORTHODONTICS LLP

By:  s/ Ryan M. Kelly
      Ryan M. Kelly – FL Bar. 90110

ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone:  847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2020, I electronically filed the notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly