UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80985-CIV-DIMITROULEAS

KAWA ORTHODONTICS LLP, a Florida
limited liability partnership, individually and
as the representative of a class of similarly
situated persons,

    Plaintiffs,

vs.

MEDXCOM LLC, a Delaware limited
liability company, and GIFFEN
SOLUTIONS, INC., a Delaware
corporation,

    Defendants.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal (the "Notice") [DE 8], filed herein on September 3, 2020. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 8] is hereby **APPROVED**.

2. This case is **DISMISSED with prejudice**, and class claims are dismissed without prejudice.

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 3rd day of September, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record